## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAN F. BECKER**                                                                                       **PETITIONER**

**VS.**                              **4:07CV00826 WRW/BD**

**STEWART C. HUDSON, Warden,**
Mansfield Correctional Institution
**Mansfield, Ohio,** *et al.*                                                              **RESPONDENTS**

## ORDER

On September 4, 2007, Petitioner, an Ohio prisoner proceeding pro se, filed a motion for leave to proceed *in forma pauperis* (#1) and a petition for writ of habeas corpus under "28 U.S.C. § 2254" (#2). Based on the civil cover sheet completed by the Petitioner, the Clerk categorized the petition as a prisoner civil rights action. The Court has reviewed the petition and finds that Petitioner primarily seeks review of his custody under a judgment entered by the Holmes County, Ohio, Court of Common Pleas. Accordingly, the Clerk of the Court is directed to revise the docket to reflect that this is a petition for writ of habeas corpus brought under 28 U.S.C. § 2254. The Clerk of the Court is further directed to update the docket to reflect Defendant Hudson's complete name of Stewart C. Hudson.

IT IS SO ORDERED this 16th day of October, 2007.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE