# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAN F. BECKER**                                                                                       **PETITIONER**

**VS.**                                    **4:07CV00826 WRW/BD**

**STEWART C. HUDSON, Warden,**
**Mansfield Correctional Institution**
**Mansfield, Ohio,** *et al.*                                                                **RESPONDENTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's Writ of Habeas Corpus (#2) is DENIED, and DISMISSED.

IT IS SO ORDERED this 8th day of November, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE