**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAN F. BECKER**                                                                                       **PETITIONER**

**VS.**                                          **4:07CV00826 WRW/BD**

**STEWART C. HUDSON, Warden,**
**Mansfield Correctional Institution**
**Mansfield, Ohio,** *et al.*                                                                    **RESPONDENTS**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2254 petition for writ of habeas corpus.

IT IS SO ORDERED this 8th day of November, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE